NO.12-15-00080-CV

IN THE 12TH COURT OF APPEALS

TYLER. TEXAS 75702

ROBERT L. ROBERTS

Pro Se

Appellant

Vs

Heather Dixon

Council

H. Black

2510 Lee St

Greenville Tx, 75401

Appellee

FILED IN COURT OF APPEALS
12th Court of Appeals District
AUG 17 2015
TYLER TEXAS
CATHY S. LUSK, CLERK

APPELLANTS MOTION FOR LEAVE TO FILE

CORRECTED BRIEF.

THE APPELLANT REQUESTS LEAVE TO FILE FOR THE PURPOSE

OF SUBMITTED A CORRECTED BRIEF CONTAINING PAGES

OMITTED FROM THE ORIGINAL

# CERTIFICATE OF SERVICE

The undersigned council certifies that this motion has been served on the following lead council for all parties to the trial court's order or judgment as follows

Robert L. Roberts
Pro se


Date served   8-10-2015

Manner served    US Mail

H Black

2510 Lee St

Greenville , TX 75701

Repesenting  Heather Dixon